THE HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SEMHAL MICHAEL GUESH,

        Petitioner,

        v.

TODD BLANCHE, Attorney General of
the United States, *et al.*,

        Respondents.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. CV26-1406-TMC

ORDER EXTENDING EXPIRATION
DATE OF EX PARTE TEMPORARY
RESTRAINING ORDER

THE COURT has considered the Parties' stipulated motion to extend the expiration date of the ex parte temporary restraining order. The Court finds good cause to extend the expiration date of this order beyond 14 days.

The ex parte temporary restraining order issued to maintain the status quo and prevent irreparable harm for the time needed for the Parties to be heard and for the Court to rule on the motion for a temporary restraining order. *See* Dkt. 7. The Parties have conferred and identified an unavoidable scheduling conflict for counsel for the government Respondents that would interfere with the ability for the relevant issues to be fully briefed and argued within 14 days. As such, the Parties have agreed to extend the expiration of the ex parte temporary restraining order by seven days, to May 15, 2026.

To ensure the Parties have sufficient time to present arguments related to the motion for temporary restraining order, and to continue "preserving the status quo and

ORDER EXTENDING EXPIRATION DATE OF EX
PARTE TEMPORARY RESTRAINING ORDER
(*Guesh v. Blanche, et al.*, Case No. CV26-1406) - 1

preventing irreparable harm just so long as is necessary to hold a hearing," *Granny Goose Foods, Inc. v. Bhd. of Teamsters & Auto Truck Drivers Loc. No. 70 of Alameda Cnty.*, 415 U.S. 423, 439 (1974),

IT IS ORDERED that the ex parte temporary restraining order contained at Docket No. 7 shall not expire until the end of the day on May 15, 2026. Respondents are barred from removing Semhal Michael Guesh from this jurisdiction under that order until the end of the day on May 15, 2026.

DONE this 28th day of April, 2026.

_____
TIFFANY M. CARTWRIGHT
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Rebecca C. Fish*
Assistant Federal Public Defender
Attorney for Semhal Michael Guesh

ORDER EXTENDING EXPIRATION DATE OF EX
PARTE TEMPORARY RESTRAINING ORDER
(*Guesh v. Blanche, et al.*, Case No. CV26-1406) - 2