UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SEMHAL MICHAEL GUESH, | Case No. 2:26-cv-01406-TMC |
| Petitioner, | ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION |
| v. | |
| TODD BLANCHE, et al., | |
| Respondents. | |

## I.   ORDER

On April 24, 2026, Petitioner Semhal Michael Guesh filed an emergency motion seeking to prevent her transfer from the Western District of Washington during the pendency of her habeas petition. Dkt. 3. The Court granted an *ex parte* temporary restraining order preventing Ms. Guesh's imminent removal to Cameroon pending full briefing on the motion. Dkt. 7. Based on the agreement of the parties, the Court set a briefing timeline and scheduled a hearing on the motion for May 18, 2026. *See* Dkts. 9–10, 14–16. The Court explained at the outset of the hearing that because both parties had notice and an opportunity for full briefing and argument, it would treat the emergency motion as a motion for preliminary injunction that would last through the conclusion of the litigation. *See* Fed. R. Civ. P. 65(a)(1), (b)(3).

ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION - 1

After hearing argument, the Court explained that due to material factual disputes in the written record, resolution of the underlying habeas petition would require an evidentiary hearing. The Court directed the parties to meet and confer and file a joint status report no later than May 25, 2026 addressing a proposed timeline for an evidentiary hearing, any requests for discovery in advance of the hearing, and preliminary identification of witnesses anticipated to be called at the hearing. Because the date originally ordered is a holiday, the Court now extends the deadline for the joint status report to Tuesday, May 26, 2026.

The Court then granted Petitioner's motion for emergency relief, issued a preliminary injunction, and explained its detailed reasons on the record. That oral ruling is incorporated here, but to the extent there are any discrepancies between the Court's oral description of the preliminary injunction and this written order, this order controls. For the reasons stated on the record, the Court ORDERS that Respondents and all their officers, agents, employees, attorneys, and persons acting on their behalf or in concert with them:

1.     Shall RELEASE Petitioner Semhal Michael Guesh from custody under the conditions of her most recent order of supervision no later than May 19, 2026;

2.     Are PROHIBITED from removing Petitioner to Cameroon, or re-detaining her to facilitate that removal, pending further order from this Court;

3.     Are PROHIBITED from removing Petitioner to a country other than Cameroon, or re-detaining her to facilitate that removal, without notice and a meaningful opportunity to be heard in reopened removal proceedings with a hearing before an immigration judge;

3.     Are PROHIBITED from removing Petitioner to any country where she is likely to face imprisonment or indefinite detention upon arrival.

4.     This preliminary injunction shall remain in effect, absent a successful motion to modify or dissolve it, until this Court issues a final decision on Petitioner's habeas petition.

ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION - 2

Counsel for Federal Respondents are directed to immediately provide notice of this Order to the restrained parties.

Dated this 18th day of May, 2026.

Tiffany M. Cartwright
United States District Judge