District Judge Tiffany M. Cartwright

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SEMHAL GUESH,

Petitioner,

v.

TODD BLANCHE, *et al.*,

Respondents.

Case No. 2:26-cv-01406-TMC

STIPULATED MOTION TO HOLD
CASE IN ABEYANCE AND ORDER

Noted for Consideration:
July 9, 2026

For good cause, Petitioner and Federal Respondents, by and through their counsel of record, jointly stipulate and respectfully request that this case be stayed for 60 days. Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936).

Parties have a tentative agreement that should resolve this matter. Parties seek a stay of these proceedings to allow for a joint motion to reopen Petitioner's removal proceedings to be filed with the immigration court. With additional time, this case may be resolved without the need of further judicial intervention.

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:26-cv-01406-TMC] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

As additional time is necessary for this to occur, Parties request that this Court hold the case in abeyance until September 11, 2026.  Parties will submit a status update on or before September 11, 2026.  Parties further request that the hearing set for Monday, July 13, 2026, at 9:00am be cancelled.

DATED this 9th day of July, 2026.

Respectfully submitted,

s/ Michelle R. Lambert
MICHELLE R. LAMBERT, NYS#4666657
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402-4383
Phone: 253-428-3824
Email: michelle.lambert@usdoj.gov

Attorney for Federal Respondents

s/ Rebecca Fish
REBECCA FISH, WSBA# 57488
Assistant Federal Public Defender
Federal Public Defender
1331 Broadway, Ste. 400
Tacoma, Washington 98402
Phone: 425-832-2030
Email:  Becky_Fish@fd.org

Attorney for Petitioner

I certify that this memorandum contains 190 words, in compliance with the Local Civil Rules.

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:26-cv-01406-TMC] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

## ORDER

The case is held in abeyance until September 11, 2026.  The parties shall submit a status update on or before September 11, 2026.  The hearing scheduled for Monday, July 13, 2026, at 9:00am is cancelled.  It is so **ORDERED**.


DATED this 10th day of July, 2026.


_____
TIFFANY M. CARTWRIGHT
United States District Judge

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:26-cv-01406-TMC] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800